EDWARD C. WILSON, Respondent, *v.* WILLIAM A. BLELOCH et al., Composing the Board of Auditors of the Town of Cortlandt, et al., Appellants.

*Wilson* v. *Bleloch,* 125 App. Div. 191, affirmed.
(Argued May 13, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 25, 1908, in favor of plaintiff upon the submission, under section 1279 of the Code of Civil Procedure, of a controversy involving the construction of the provisions of the Town Law relating to compensation of town officers.

*Nathan P. Bushnell* and *Theodore H. Silkman* for appellants.

*Franklin Couch* and *Thomas A. E. Wilson* for respondent.

Judgment affirmed, but under the submission, without costs ; no opinion.
Concur : EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent : CULLEN, Ch. J.